United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PAMELA COLLUM, §
§
Plaintiff, §
§
v. § CIVIL ACTION NO. H-16-2457
§
THE GUARDIAN LIFE INSURANCE §
COMPANY OF AMERICA, §
§
Defendant. §

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. __JAN. 6, 2017__   MOTIONS TO AMEND THE PLEADINGS

2. __JAN. 6, 2017__   MOTIONS TO ADD NEW PARTIES   The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____   MOTION TO CERTIFY CLASS   The party seeking certification will file a motion and supporting memorandum by this date.

4. __MARCH 31, 2017__   Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. __MAY 12, 2017__   Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. __July 14, 2017__    COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____    LIMITS ON DISCOVERY
   _____
   _____
   _____
   _____.

8. __APPLICABLE__    MEDIATION or SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9. __30 DAYS AFTER MEDIATION__    DISPOSITIVE MOTIONS

10. __July 7, 2017__    ALL OTHER PRETRIAL MOTIONS

11. __Aug. 4, 2017__    JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE  Plaintiff is responsible for timely filing the complete joint pretrial order.  The court will not accept separate versions of the pretrial order.

12. __Aug. 11, 2017__
    3:00 P.M.    DOCKET CALL  No instrument filed within 7 days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

__November 10, 2016__
DATE

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

-2-